FILED

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

2010 NOV 18 A 3: 22

CLERK
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA
    Plaintiff(s)

v.

CRIMINAL NO. 1:10cr148

KENISHCA WALIZADA
    Defendant(s)

NOTICE OF APPEAL

Notice is hereby given that

Kenishca Walizada above named, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on the 5th day of November, 2010.

_____
Pro Se Appellant

41823 Progress Terrace

Aldie, Virginia 20105
Address

Dated: November 17, 2010